UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

               16 Cr. 506 (ALC)

   -against-

               **NOTICE OF APPEARANCE**

LACY DOYLE,

              Defendant.
--------------------------------------------------------X

    PLEASE TAKE NOTICE, that I am a member of the Brill Legal Group, P.C. and I appear in this case as counsel for LACY DOYLE. I am admitted to practice in the Southern District of New York.

Dated: New York, New York
       January 26, 2017

                         Respectfully submitted,

                         Peter E. Brill (PB0818)
                         BRILL LEGAL GROUP, P.C.
                         *Attorneys for Lacy Doyle*
                         306 Fifth Avenue
                         Penthouse
                         New York, NY 10001
                         (212) 233-4141