

January 26, 2017

Hon. Andrew L. Carter Jr.
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:  *USA v. Lacy Doyle*
              16 Cr. 506 (ALC)

Dear Judge Carter:

    I write to request that the upcoming status conference in this matter, currently scheduled for February 1, 2017, be adjourned to March 7 or 8, 2017--preferably in the early afternoon due to other matters I have in the Southern District in the mornings of those days— or to another date convenient to the Court.  Due to my trial schedule and Ms. Doyle's work and travel schedule, we will not be able to hold a productive meeting until February 2, and we may require more than one meeting. The additional time I am requesting thereafter is due to the trial commitments and schedules of AUSA Lenow and Mr. Leibman, who both consent to this request.

    Should the Court grant this request, Ms. Doyle consents to the exclusion of time from February 1 to the adjourned conference date. Thank you for your consideration.

                              Respectfully submitted,

                              Peter E. Brill